## EVANS v. STATE.
### No. 23712.

Court of Criminal Appeals of Texas.

June 18, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon an indictment charging murder with malice, appellant was convicted of murder without malice and his punishment fixed at five years in the State penitentiary.

No bills of exception accompany the record. The facts show appellant's guilt. It would serve no useful purpose to here recite them.

## ASH et al. v. STATE.
### No. 23740.

Court of Criminal Appeals of Texas.

June 11, 1947.

No appearance for appellants.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Alvin John Ash and Carl Thomas Ash were each given two years in the penitentiary on a charge of burglary.

The statement of facts in the case is not signed by the judge and, consequently, cannot be considered.

The record does not show notice of appeal properly recorded in the minutes. Therefore we have no jurisdiction of the case. The appeal is dismissed.